| | | |
|---|---|---|
| ATTORNEY GRIEVANCE COMMISSION | * | IN THE |
| | * | SUPREME COURT |
| v. | * | OF MARYLAND |
| | * | AG No. 2 |
| LOUIS BERNARDO ANTONACCI | * | September Term, 2026 |

ORDER

Upon consideration of the petition for disciplinary or remedial action and request for immediate suspension filed by the petition pursuant to Rules 19-721(a)(2) and 19-737 and upon consideration of parties' response to the Court's order to show cause, it is this 18th day of June 2026, by the Supreme Court of Maryland,

ORDERED that Respondent, Louis Bernardo Antonacci, is suspended for one year and two days from the practice of law in the State of Maryland for violations of Virginia Rules of Profesional Conduct 1.9(c)(1), 1.9(c)(2), and 3.1; and it is further

ORDERED that before the suspension may be lifted at the conclusion of the suspension period, Mr. Antonacci must demonstrate his fitness to resume the practice of law to the satisfaction of this Court; and it is further

ORDERED that the suspension is effective *nunc pro tunc* to the temporary suspension that was imposed by the Court on May 27, 2026; and it is further

ORDERED that the Clerk of this Court shall send notice of this Order in accordance with Maryland Rule 19-761.

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk



  /s/ Matthew J. Fader
Chief Justice